**Jerome SAPIRO, Jr.; et al., Plaintiffs,**

v.

**ENCOMPASS INSURANCE, Defendant–Appellee,**

and

**Safeco Insurance Company of America, Defendant.**

Neil D. Eisenberg, Appellant and Real Party in Interest.

No. 05–15310.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2007.*

Filed Feb. 16, 2007.

Neil D. Eisenberg, Esq., Law Offices, San Francisco, CA, for Plaintiffs.

David Richard Simonton, Esq., Sonnenschein Nath & Rosenthal, San Francisco, CA, [Ret.] Lori A. Sebransky, Esq., Lom-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

bardi Loper & Conant LLP, Oakland, CA, for Encompass Insurance and Safeco Insurance Company of America.

Before: REINHARDT, RYMER, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Neil D. Eisenberg appeals the district court's imposition of Rule 11 sanctions following dismissal of a complaint he filed. The district court did not consider *Berry v. Commercial Union Ins. Co.,* 87 F.3d 387 (9th Cir.1996), which provides arguable support for the theory that Eisenberg pled. So, too, does *Central Nat'l Ins. Co. v. Superior Court of San Mateo County,* 2 Cal.App.4th 926, 3 Cal.Rptr.2d 622 (1992). In light of these authorities, we cannot uphold the sanctions that were imposed. *Golden Eagle Distrib. Corp. v. Burroughs Corp.,* 801 F.2d 1531 (9th Cir.1986).

REVERSED.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

